## HAAG v. DETER.

[No. 20,879.   Filed June 29, 1906.]

APPEAL AND ERROR.—*Vacation Appeal.—Parties.—Assignment of Errors.*—Where one of two joint judgment defendants appeals and does not make his codefendant a party to the assignment of errors, the appeal will be dismissed, though notice of such appeal was served on such codefendant.

From Wabash Circuit Court; *A. H. Plummer,* Judge.

Action by Melissa Deter against Henry M. Haag and another. From a judgment for plaintiff, said Haag appeals. Transferred from Appellate Court under §1337u Burns 1901, Acts 1901, p. 590. *Appeal dismissed.*

*McCracken & Eikenbury,* for appellant.

*Reasoner & Ward,* for appellee.

PER CURIAM.—In the court below appellee recovered a joint judgment against appellant and one Enyart, and from

said judgment appellant seeks to prosecute a vacation appeal. Notice has been served on Enyart, but he has not been named as a party in the assignment of errors. Appellee makes this point, and insists on a dismissal of the appeal. Rule six of this court requires that "the assignment of errors shall contain the full names of all the parties," and under the settled practice this appeal must be dismissed. Elliott, App. Proc., §323; Ewbank's Manual, §126.

It is so ordered.